IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENNIS M. ANDERSON, and KAREN ANDERSON, | ) ) ) | |
| Plaintiffs, | ) ) | 4:04cv3295 |
| v. | ) ) ) | |
| JULIE LAUTENSCHLAGER, and HORNADY MANUFACTURING COMPANY, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The Clerk's Office has requested that Document Number 59 be stricken from the record for the following reason(s):

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 59 from the record. The party has re-filed the document as Number 60.

DATED this 17th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge